UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NICOLAS JABBOUR,

                Plaintiff,

     v.

BRILLIO, LLC,

                Defendant.

---

24 Civ. 2704 (PKC)

ORDER

CASTEL, United States District Judge.

      Based upon the Court's review of the 12 page single-spaced letter of defendant detailing the grounds for a proposed motion to dismiss and the equivocal response of plaintiff's counsel regarding an amendment to the pleadings, the Court GRANTS plaintiff leave to replead provided he does so by May 25, 2024.

      SO ORDERED.

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Dated:  New York, New York
         May 10, 2024