UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NICOLAS JABBOUR,

                Plaintiff,                              24-cv-2704 (PKC)

    -against-                                         ORDER

BRILLIO, LLC,

                Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

      The removal petition only refers to the residency of plaintiff. (ECF 1 ¶ 3.) The First Amended Complaint omits jurisdictional allegations. (ECF 17.) "As a threshold matter, residence alone is insufficient to establish domicile for jurisdiction purposes." Van Buskirk v. United Group of Companies, Inc., 935 F.3d 49, 54 (2d Cir. 2019).

      Within 7 days, plaintiff shall file an affidavit stating whether he is a citizen of any state and, if so, what state. If plaintiff is not a citizen of a state, plaintiff shall state his country of citizenship.

      SO ORDERED.

                                                    P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
          February 26, 2025